UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS R., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 22-cv-1444-DEB <br><br> **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** <br><br> **[DKT. NO. 2]** |

Before the Court is Plaintiff Jesus R.'s Application to Proceed with her Complaint in forma pauperis. Dkt. No. 2. A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all her assets, showing she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981). An affidavit is sufficient if it shows the applicant cannot pay the fee "and still be able to provide [her]self and dependents with the necessities of life." *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 203 (1993) (internal quotations omitted).

Here, Plaintiff's application states he is unemployed and receives $340.00 per month in food stamps. Dkt. No. 2 at 1, 2, 5. Plaintiff has no assets and lives with his mother. *Id.* at 3, 5.

Plaintiff's monthly expenses equal his monthly income. His monthly expenses total $340.00, which Plaintiff spends on food. *Id.* at 4. Based on the foregoing, the Court finds Plaintiff has sufficiently shown he lacks the financial resources to pay the filing fee. Accordingly, Plaintiff's Application to Proceed with the Complaint in forma pauperis is **GRANTED**.

**IT IS SO ORDERED**.

Dated:  September 28, 2022

_____
Honorable Daniel E. Butcher
United States Magistrate Judge